OPINION — AG — ** FEES — ESCAPE FROM REFORMATORY ** WHO IS LIABLE FOR THE EXPENSE INCURRED IN THE PROSECUTION OF PRISONER ESCAPING ? WE ARE QUITE CLEAR AS TO OUR (THE REFORMATORY) RESPONSIBILITY FOR THE PAYMENT OF THE COSTS IN PROSECUTION FOR ESCAPING FROM PRISON BUT NOT SO SURE OF ESCAPING FROM REFORMATORY ? — THE STATE IS NOT LIABLE CITE: 22 O.S. 1277 [22-1277], 28 O.S. 38 [28-38] (RICHARD M. HUFF)